In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO.  09-15-00174-CV
_____

**MICHAEL BOOTH, THOMAS ALLEN, ROBERT SPAAK, RANDY GLESSNER, COURTNEY WILLIAMS, VALERIA J. SPAAK, MARY ALLEN, ROBERT W. THOMAS SR., AND THERESA M. WILLIAMS, Appellants**

**V.**

**LAURA KONTOMITRAS, Appellee**

**On Appeal from the 1A District Court**
**Jasper County, Texas**
**Trial Cause No. 34266**

**ORDER**

Appellants Michael Booth, Thomas Allen, Robert Spaak, Randy Glessner, Courtney Williams, Valeria J. Spaak, Mary Allen, Robert W. Thomas Sr., and Theresa M. Williams, filed a motion to stay all proceedings in the trial court until the appeal of their special appearances has been finally resolved. On the date the defendants appealed the order denying their special appearances, the appellee,

1

Laura Kontomitras, issued notices of intent to take the oral depositions of three non-resident defendants—Michael Booth, Thomas Allen, and Randy Glessner—in Jasper, Texas. In her response to the appellants' motion to stay, Kontomitras argues that the deponents are fact witnesses and requests that the appellants be ordered to pay the appellee's attorney's fees for responding to the motion, but she has not shown any ground that would allow the depositions to be taken in Jasper County. *See generally* Tex. R. App. P. 199.2. After reviewing the motion and the response, we find that temporary orders are necessary to preserve the parties' rights until this Court has disposed of the appeal. *See* Tex. R. App. P. 29.3.

It is, therefore, ORDERED that the depositions of Michael Booth, Thomas Allen, and Randy Glessner in Texas are STAYED. This Order does not prohibit deposing the appellants in the counties where they reside. All other temporary relief requested in the motion and in the response is denied.

ORDER ENTERED May 28, 2015.

PER CURIAM

Before Kreger, Horton, and Johnson, JJ.

2